UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| 37 ASSOCIATES, TRUSTEE FOR THE 37 FORRESTER STREET, SW TRUST, <br>     Plaintiff, <br><br> v. <br><br> REO CONSTRUCTION CONSULTANTS, INC. *et al.*, <br>     Defendants. | Civ. A. No. 04-333 (JMF) |

**ORDER**

In accordance with the accompanying Memorandum Opinion, it is, hereby,

**ORDERED** that the Motion for Summary Judgment by Defendants/Counter-Plaintiffs, Quinard Thomas and U.S. Bank [#34] is **GRANTED.** It is also, hereby,

**ORDERED** that counsel for the defendants shall submit the proposed order, quieting title, described in that Opinion, within ten days of the issuance of this Order. Finally, it is, hereby,

**ORDERED** that, upon this court's execution of that Proposed Order, the Clerk will enter final judgment in defendants' favor.

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: