UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **37 ASSOCIATES, TRUSTEE FOR THE 37 FORRESTER STREET, SW TRUST**, Plaintiff, v. **REO CONSTRUCTION CONSULTANTS, INC.** *et al.*, Defendants. | Civil Action No.  04-333 (JMF) |

**ORDER**

It is hereby,

**ORDERED** that the Judgment entered on February 21, 2006 is **VACATED.**

**SO ORDERED.**

_____
JOHN M. FACCIOLA
UNITED STATES MAGISTRATE JUDGE

Dated: